UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
FILED ✓    RECEIVED ___
ENTERED ___    SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY 30 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-CR-0026-LRH-WGC |
| Plaintiff, | **ORDER** |
| vs. | |
| JOSEPH JEANNETTE, | |
| Defendants. | |

On May 24, 2019, the defendant appeared before this Court and was released on a personal recognizance bond with the condition that the defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary (ECF No. 26).

On May 30, 2019, the Pretrial Services Officer advised the Court that a bed has come available for the defendant at Life Changes.

THEREFORE, on **Friday, May 31, 2019** at **9:00 a.m.** the defendant shall be released from the custody of the Washoe County Detention Facility and transported to Life Changes located at 541 W 2nd Street, Reno, Nevada by his attorney, Dennis Cameron.

**IT IS SO ORDERED.**

DATED: May 30, 2019.

_____
CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE