**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH JEANNETTE,<br><br>　　　　　　　Defendant. | Case No.: 3:19-cr-00026-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO RESOLVE OUTSTANDING MOTIONS IN RESPONSE TO MINUTE ORDER (ECF NO. 387)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Esq., Acting United States Attorney, Peter S. Levitt, Esq., Randy St. Clair, Esq., Assistant United States Attorneys, and Tehan W. Slocum, Esq., counsel for defendant JOSEPH JEANNETTE (hereinafter "Jeannette") that, Defendant Joseph Jeannette's Motion for Joinder to Co-Defendant Motley's Motion for Early Disclosure of Jencks Material and Timely Production of *Brady/Giglio* Material [ECF 111] (ECF No. 115) and Defendant Joseph Jeannette's for Joinder to Motion for Reasonable Notice of Rule 404(B) Evidence [ECF 110] (ECF No. 116), both filed on January 27, 2020, shall be resolved by the Government agreeing to produce Jencks material, *Brady/Giglio* material, and to produce notice of 404(b) Evidence, as well as a description of that evidence, a theory of its relevance, a showing that it meets the standard of

admissibility, and production of discovery and Brady/Giglio material associated with that evidence, by September 12, 2022.

The Stipulation is entered into for the following reasons:

1. Trial in this matter is currently set for September 26, 2022.

2. On March 18, 2022, this Court issued a Minute Order (ECF No. 387) requesting that the Government file a response to Defendant Joseph Jeannette's Motion for Joinder to Co-Defendant Motley's Motion for Early Disclosure of Jencks Material and Timely Production of *Brady/Giglio* Material [ECF 111] (ECF No. 115), and Defendant Joseph Jeannette's for Joinder to Motion for Reasonable Notice of Rule 404(B) Evidence [ECF 110] (ECF No. 116) by April 18, 2022.

3. The resolution of these motions through stipulation is sought to preserve the potential for negotiation in this matter.

4. The resolution of these motions through stipulation shall have no impact upon any requests for subpoenas regarding information not in the possession of the government about witnesses.

DATED this 30th day of March, 2022.

*/s/* Peter Levitt
Peter Levitt, Esq.
Assistant United States Attorney
Counsel for the United States


*/s/*Tehan Slocum
Tehan Slocum, Esq.
Counsel for Defendant Jeannette

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH JEANNETTE,<br><br>　　　　　　Defendant. | **Case no.:** 3:19-cr-00026-LRH-WGC<br><br>**FINDINGS OF FACT AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Trial in this matter is currently set for September 26, 2022.

2. On March 18, 2022, this Court issued a Minute Order (ECF No. 387) requesting that the Government file a response to Defendant Joseph Jeannette's Motion for Joinder to Co-Defendant Motley's Motion for Early Disclosure of Jencks Material and Timely Production of *Brady/Giglio* Material [ECF 111] (ECF No. 115), and Defendant Joseph Jeannette's for Joinder to Motion for Reasonable Notice of Rule 404(B) Evidence [ECF 110] (ECF No. 116) by April 18, 2022.

3. Defendant Joseph Jeannette and the Government seek resolution of these motions through stipulation to preserve the potential for negotiation in this matter, and to ensure that the resolution of the motions has no impact on subpoena requests regarding information not in the possession of the government about witnesses.

For all the above-state reasons, the ends of justice are be served by resolution of the outstanding motions through stipulation.

## ORDER

**IT IS HEREBY ORDERED** that the Government shall produce Jencks material, *Brady/Giglio* material, and to produce notice of 404(b) Evidence, as well as a description of that evidence, a theory of its relevance, a showing that it meets the standard of admissibility, and production of discovery and Brady/Giglio material associated with that evidence, by September 12, 2022.

Dated This 31st day of March, 2022.

**IT IS SO ORDERED:**

_____
**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**