UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>JOSEPH JEANNETTE,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:19-CR-00026-LRH-CSD<br><br>MINUTE ORDER<br><br>JULY 6, 2022 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

[ X ]　**LR IA 11-6 APPEARANCES, SUBSTITUTIONS, AND WITHDRAWALS**
(a) Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. An attorney who has appeared for a party must be recognized by the court and all the parties as having control of the client's case, however, the court may hear a party in open court even though the party is represented by an attorney.

**IT IS ORDERED** that the Clerk of the Court shall **STRIKE** (ECF Nos. 410, 411 and 412) from the docket.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s/　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk