# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH JEANNETTE,<br><br>　　　　　　　　Defendant. | Case No.: 3:19-CR-00026-LRH-CSD<br><br><br>**ORDER SETTING STATUS HEARING** |

　　　　Before the Court is Defendant Joseph Jeannette's ("Jeannette") Motion for Status Hearing (ECF No. 415).  Accordingly,

　　　　**IT IS HEREBY ORDERED** that Jeannette's motion for status hearing (ECF No. 415) is **GRANTED** and is set for **1:30PM, Tuesday, August 9, 2022,** in Reno Courtroom 3, before United States District Judge Larry R. Hicks.

　　　　**IT IS FURTHER ORDERED** that Assistant United States Attorney Peter Levitt shall appear through Zoom and Jeannette and defense counsel shall appear in person.

　　　　**IT IS FURTHER ORDERED** that the parties are directed to contact the courtroom deputy Paris Rich (Paris_Rich@nvd.uscourts.gov or 775-686-5827) **by 5:00PM, Friday,**

**August 5, 2022,** to provide her the e-mail address of each counsel, party and/or representative attending the hearing.

      **IT IS FURTHER ORDERED** that if the parties intend to offer exhibits during the status hearing, they shall file an exhibit list, and contact the courtroom deputy Paris Rich (Paris_Rich@nvd.uscourts.gov or 775-686-5827) to provide the court with a hard or digital copy of the proposed exhibits **by 5:00PM, Friday, August 5, 2022.**

      **IT IS FURTHER ORDERED** that the following Video Conference Instructions be adhered to as follows:

      **INSTRUCTIONS FOR VIDEO CONFERENCE HEARING:**

Instructions to the scheduled hearings will be sent via email ONE (1) day prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

      **IT IS FURTHER ORDERED** that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of

///

///

court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings.

**IT IS SO ORDERED**.

Dated this 21ST day of July, 2022.

_____
LARRY R. HICKS
United States District Judge