# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH JEANNETTE,<br><br>    Defendant. | **Case no.:** 3:19-cr-00026-LRH-CSD-5<br><br>**FINDINGS OF FACT AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Trial in this matter is currently set for February 13, 2023.

2. Pretrial Motions are due on January 6, 2023, with Responses due on January 20, 2023, and Replies due January 27, 2023.

3. The parties agree that the briefing schedule should be lengthened due to scheduling issues with counsel, with Pretrial Motions due on Tuesday, January 17, 2023, Responses due on Tuesday, January 31, 2023, and Replies due on Tuesday, February 7, 2023.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel adequate time to effectively and thoroughly draft moving papers, taking into account the exercise of due diligence.

5. Denial of this request for continuance could result in a miscarriage of justice, taking into account the exercise of due diligence.

6. This stipulation has no bearing on the trial date.

7. This is the first stipulation to continue the briefing schedule only filed herein.

For all the above-state reasons, the ends of justice would be served best by continuance of the trial date.

**ORDER**

   **IT IS ORDERED** that the Calendar Call currently set for January 12, 2023, at 1:30 p.m. is reset for January 12, 2023, at 4:00 p.m. before District Judge Hicks in Reno Courtroom 3.

   **IT IS FUTHER ORDERED** that the briefing schedule should be lengthened with Pretrial Motions due on Tuesday, January 17, 2023, Responses due on Tuesday, January 31, 2023, and Replies due on Monday, February 6, 2023.

   **IT IS FURTHER ORDERED** that Trial Briefs, Proposed Voir Dire questions, proposed Jury Instructions, and a List of the Government's prospective witnesses shall be electronically submitted to the Court by Monday, February 6, 2023, by the hour of 5:00 p.m.

Dated: December 21, 2022      **IT IS SO ORDERED:**

_____
**HONORABLE LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**